UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                    CASE NO. 24-30731-KKS

**JERRY DALE GERRITSEN**

DEBTOR                                                    CHAPTER 7

## STATEMENT OF NO EMPLOYMENT INCOME

Debtor, Jerry Dale Gerritsen, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

X    Debtor was self employed and had no income from an employer within 60 days prior to the filing of the petition.

September 10, 2024                              /s/ Jerry Dale Gerritsen
Date                                                       Signature of Debtor


/s/ Karin A. Garvin
**Karin A. Garvin, Esquire**
Karin A. Garvin, P. L.
Florida Bar No. 0106933
1801 W. Garden Street
Pensacola, FL  32502
(850) 437-5577 Telephone
(850) 437-5250 Facsimile
kgarvin@kgarvinlaw.com
Attorney for the Debtor